IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE I, and JOHN DOE II, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:10CV3003 |
| | ) | |
| v. | ) | |
| | ) | |
| JON BRUNING, Attorney General of Nebraska, BRYAN TUMA, Col. Superintendant of Law Enforcement and Public Safety for the Nebraska State Patrol, GARY LACEY, Lancaster County Attorney, TERRY WAGNER, Lancaster County Sheriff, THOMAS K. CASADY, Lincoln Police Chief, NEBRASKA, STATE OF, and NEBRASKA STATE PATROL, | ) ) ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) The motion to withdraw filed by James Beckmann, (filing no. 14), is granted. Mr. Beckmann shall mail a copy of this order to the plaintiffs, and shall file a certificate of service stating this order has been served on the plaintiffs and identifying the date and method of such service.

2) The plaintiffs are given 20 days from the date of this order in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance on their behalf; or (2) file a statement informing the court of their intent to proceed in this case without counsel. If neither of these actions is taken within the next 20 days, this case will be subject to dismissal.

DATED this 19th day of February, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge