IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE I, and JOHN DOE II, | ) | |
| Plaintiffs, | ) | 4:10CV3003 |
| V. | ) | |
| JON BRUNING, Attorney General of Nebraska, BRYAN TUMA, Col. Superintendant of Law Enforcement and Public Safety for the Nebraska State Patrol, GARY LACEY, Lancaster County Attorney, TERRY WAGNER, Lancaster County Sheriff, THOMAS K. CASADY, Lincoln Police Chief, STATE OF NEBRASKA, and NEBRASKA STATE PATROL, | ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

The plaintiffs' attorney was granted leave to withdraw on February 19, 2010, (filing no. 15). The plaintiffs were given twenty days from that order to either: (1) obtain the services of substitute counsel and have an attorney file an appearance on their behalf; or (2) file a statement informing the court of their intent to proceed in this case without counsel. The plaintiffs were warned that failure to timely comply may result in dismissal of the complaint. Neither plaintiff has complied with the court's order.

IT IS ORDERED:

1) The plaintiffs are given until June 18, 2010 to show cause why their claims should not be dismissed for want of prosecution, in the absence of which plaintiffs' claims against the defendants may be dismissed and a judgment of dismissal may be entered without further notice.

2) The office of the clerk shall mail a copy of this order, and all filings made in this case after the court granted the withdrawal of the plaintiffs' attorney on February 19, 2010, (filing no. 15), to the names and addresses provided separately to the clerk's office by the undersigned magistrate judge's chambers

June 1, 2010.    BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge