IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE I, and JOHN DOE II, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:10CV3003 |
| | ) | |
| v. | ) | |
| | ) | |
| JON BRUNING, Attorney General of Nebraska, BRYAN TUMA, Col. Superintendant of Law Enforcement and Public Safety for the Nebraska State Patrol, GARY LACEY, Lancaster County Attorney, TERRY WAGNER, Lancaster County Sheriff, THOMAS K. CASADY, Lincoln Police Chief, NEBRASKA, STATE OF, and NEBRASKA STATE PATROL, | ) ) ) ) ) ) ) ) ) ) | FINDINGS AND RECOMMENDATION |
| | ) | |
| Defendants. | ) | |

The plaintiffs did not comply with the court's order dated February 19, 2010 which required the plaintiffs to inform the court as to whether they intend to pursue this case pro se or with counsel, (filing no. 15); and have not responded to the court's order dated June 1, 2010 requiring them to show cause why their claims should not be dismissed for want of prosecution, (filing no. 36). Both the February 19, 2010 and June 1, 2010 orders warned that plaintiffs' failure to comply may result in dismissal of their case without further notice.

IT THEREFORE HEREBY IS RECOMMENDED to the Honorable Richard G. Kopf, United States District Judge, pursuant to 28 U.S.C. § 636(b), that plaintiffs' complaint be dismissed for want of prosecution.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

IT IS ORDERED: The clerk shall send a copy of this document to the plaintiffs' last known addresses, as previously supplied by plaintiffs' former attorney James L. Beckmann.

DATED this 21st day of June, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge